UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VALLES, | No. 2:22-cv-01878-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOME, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff's allegations stem from conditions existing at the California Institute for Men, located in the County of San Bernardino.  *See* ECF No. 1.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, plaintiff's claims arose in San Bernardino County.  Although venue could be proper in this district given plaintiff's inclusion of defendants Governor Newsom, the Secretary

of the California Department of Corrections and Rehabilitation ("CDCR") (headquartered in Sacramento County), and the CDCR Director of the Division of Adult Institutions, the court finds that the interests of justice will be better served by transferring this case to the Eastern Division of the Central District of California where the events giving rise to the claims allegedly occurred. *See* 28 U.S.C. § 1404(a); 28 U.S.C. § 84(c)(1).

    Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Eastern Division of the Central District of California.

Dated: November 2, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE