JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 22-1950-GW-JC | Date | December 19, 2022 |
|---|---|---|---|
| Title | *Andrew Valles v. Gavin Newsom, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER**

    Pro per prisoner Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 and a request to proceed in forma pauperis. On November 15, 2022, this Court issued an order indicating an Amended Request to Proceed In Forma Pauperis with missing information identified in the Order or pay the full filing fee of $402. *See* ECF No. 7. Plaintiff was informed that he had to submit the Amended Petition within 30 days or the action would be dismissed without prejudice. Plaintiff has not supplied the filing fee within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

:

Initials of Preparer    JG